# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

* * * * *

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, by and through its Board of Trustees,<br><br>Plaintiff,<br><br>vs.<br><br>FLAVIO DIAZ, JR., et al.,<br><br>Defendants. | CASE NO.: 2:19-cv-00010-RSM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF DATES FOR FRCP 26(f) CONFERENCE AND FOR FILING OF PROPOSED DISCOVERY PLAN** |

Having considered Plaintiff's Motion for Extension of Dates for FRCP 26(f) Conference and for filing of a proposed Discovery Plan (Doc. 6), the Court hereby grants the Motion. Plaintiff shall serve Defendants on or before April 1, 2019 and the parties shall hold the FRCP 26(f) conference and submit a proposed Discovery Plan on or before April 15, 2019.

DATED: The 5 day of March, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
11900 NE 1st St., Suite 300, Building G
Bellevue, WA 98005
P. (425) 462-4045 / (425) 646-2394
wes@cjmlv.com
*Counsel for Plaintiff*